**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MARK LANGENFELD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    No. 05-CV-619-TCK-SAJ |
| | ) |
| **CHASE BANK USA, N.A., et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**JUDGMENT**

For reasons set forth in the Court's Amended Opinion and Order dated March 10, 2008 (Doc. 274) and the Court's Order entered this date (Doc. 283), the Court hereby enters JUDGMENT against Plaintiff and in favor of Defendants on all of Plaintiff's claims, and further, enters JUDGMENT on the remaining counterclaims asserted against Plaintiff as follows:

(1) JUDGMENT is entered against Plaintiff and in favor of Defendant Chase Bank USA, N.A. in the amount of $22,810.02; and

(2) JUDGMENT is entered against Plaintiff and in favor of Defendant Bank of America, N.A., now known as FIA Card Services, Inc., in the amount of $18,274.11.

ORDERED this 2nd day of July, 2008.

TERENCE KERN
UNITED STATES DISTRICT JUDGE